**Order entered October 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01199-CV

### IN RE THREE SISTERS FROM CARROLLTON, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13800**

## ORDER
Before Justices Francis, Brown, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/ CRAIG STODDART
JUSTICE